IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 1:16-bk-12292-NWW |
| SEI Energy, LLC, ) | Chapter 7 |
| ) | |
| DEBTOR. ) | |

| | |
|---|---|
| Jerrold D. Farinash, Trustee, ) | |
| ) | |
| Plaintiff, ) | AP Number: 1:17-ap-01033-NWW |
| ) | |
| v. ) | |
| ) | |
| Ventex Operating Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Comes the Plaintiff, Jerrold D. Farinash, Trustee, by and through his attorneys, and pursuant to Rule 41 (a)(1)(A)(I) and Rule 9019 (d) Local Rules of Court and hereby gives notice of the dismissal of the above referenced adversary proceeding with prejudice.

FARINASH & STOFAN

By:  /s/ Jerrold D. Farinash
Jerrold D. Farinash, (BPR#10220)
100 West M.L. King Blvd, Suite 816
Chattanooga, TN 37402
423-805-3100

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to insure delivery to its destination on the following:

Ventex Operating Corporation
Attn: Registered Agent, Thomas W. Lett
3141 Hood Street, Ste. 700
Dallas, TX 75219

Ventex Operating Corporation
c/o Peter Lewis
500 N. Akard Ste. 2700
Dallas, TX 75201

Dated: November 7, 2017                    /s/ Jerrold D. Farinash
                                                               Jerrold D. Farinash